**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

vs.                                     NO. 4:09CR0000074-001 SWW

DEXTER CURRUTH                                                                                        DEFENDANT

## ORDER

The above entitled cause came on for hearing June 4, 2014 on government's petition [doc #52] to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, testimony of the witnesses and exhibits presented, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the petition to revoke supervised release [doc #52] is **granted** and the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **FIFTEEN (15) MONTHS** imprisonment in the custody of the Bureau of Prisons. The Court recommends that defendant participate in anger management counseling with an emphasis on domestic abuse and participate in non-residential substance abuse treatment or programs during incarceration.

There will be **EIGHTEEN (18) MONTHS** of supervised release to follow. All standard conditions of supervision will apply. In addition, the defendant will be subject to the following

special conditions of supervised release:

    1. Defendant shall be subject to drug testing and shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

    2. Defendant shall participate in mental health counseling with an emphasis on anger management/domestic violence under the guidance and supervision of the U. S. Probation Officer.

    3. Defendant shall pay the balance of the Court ordered special assessment in the amount of $75.00.

    4. Defendant shall have no contact with Pamela Belcher and Katherine Owens.

    The defendant is remanded to custody.

IT IS SO ORDERED this 5th day of June 2014.

                                                  /s/Susan Webber Wright

                                                  United States District Judge