**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                                      NO.  4:09CR00074-001  SWW

DEXTER CURRUTH                                                      DEFENDANT

**<u>ORDER</u>**

The above entitled cause came on for hearing November 17, 2016 on government's

petition and supplemental petition to revoke the supervised  release previously granted this

defendant in the United States District Court  for the Eastern District of Arkansas.  Based

upon the admissions of the defendant, the testimony of witnesses and exhibits received, the

Court found that defendant has violated the conditions of his supervised release without just

cause.

IT IS THEREFORE  ORDERED  AND ADJUDGED that the government's motions

to revoke  [doc #69 & #78] are *granted* and the supervised  release  previously granted this

defendant is hereby *revoked*.

IT IS FURTHER  ORDERED that defendant shall serve a term of imprisonment of

***TWENTY-ONE (21) MONTHS*** in the custody of the Bureau of Prisons.  The Court

recommends that defendant participate in mental health counseling, with an emphasis on

anger management, and substance abuse treatment during incarceration.  The Court notes

that the defendant expressed some concern about being incarcerated at Forrest City,

Arkansas, because of his previous trouble with some of the inmates while he was

incarcerated there.  While he is incarcerated, the defendant is to have no contact with Pam

Belcher,  Katherine Owen, or defendant's minor daughter.

There will be *NO* term of supervised release following the term of incarceration. The

defendant is remanded to the custody of the U. S. Marshal Service to be transported to

designated facility for service of the sentence imposed.

DATED THIS 18th day of November 2016.

/s/Susan Webber Wright

United States District Judge